Memorandum. The order of the Appellate Division should be affirmed. Plaintiffs failed to establish the existence of triable issues of fact which would support their claim that Kiwanis International is not within the "private club” exception to the Federal and State Constitutions and Civil Rights Laws. Although the Kiwanis Clubs’ community-oriented activities may extend into the public sphere, the intrusion indicated on this record is not so extensive, or of the quality, as to permit governmental supervision of essentially private activity in the constitutional sense. Nor is it within the contemplation of our State’s Human Rights Law. Therefore, summary judgment was properly granted.
 

 
 *1035
 
 Chief Judge Breitel and Judges Jasen, Gabrielli, Jones, Fuchsberg and Cooke concur; Judge Wachtler taking no part.
 

 Order affirmed, with costs, in a memorandum.